# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Brock Andrew Butz aka Brock A. Butz, aka Brock Butz** | **BK NO. 25-02574 MJC** |
|     **Angela Charlene Butz aka Angela C. Butz, aka Angela Butz** | **Chapter 13** |
|                     **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Denise Carlon*
                              Denise Carlon
                              03 Oct 2025, 16:39:00, EDT

                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322