## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brock Andrew Butz aka Brock A. Butz, aka Brock Butz

      Angela  Charlene Butz aka Angela C. Butz, aka Angela Butz

                    Debtor(s)

BK NO. 25-02574 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
03 Oct 2025, 16:39:00, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: f8a83dc78a9ee8d05113e4966c30de963fb08bb72591033f6698c7ea323060d059