UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | BROCK ANDREW BUTZ : | |
| | ANGELA CHARLENE BUTZ : | CHAPTER 13 |
| | Debtor(s) : | |
| | : | |
| | JACK N. ZAHAROPOULOS : | |
| | CHAPTER 13 TRUSTEE : | |
| | Movant : | |
| | : | |
| | vs. : | |
| | : | |
| | BROCK ANDREW BUTZ : | |
| | ANGELA CHARLENE BUTZ : | |
| | Respondent(s) : | CASE NO. **5:25-bk-02574** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507 (Claim #2 by the PADOR).

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s)' plan.
    b. Dismiss or convert debtor(s)' case.
    c. Provide such other relief as is equitable and just.

Dated: October 20, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

Dated:     October 20, 2025

       /s/ Jack N. Zaharopoulos
       Office of Jack N. Zaharopoulos
       Standing Chapter 13 Trustee