United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Brock Andrew Butz  
Angela Charlene Butz  
    Debtors

Case No. 25-02574-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 21, 2025      Form ID: ntcnfhrg      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brock Andrew Butz, Angela Charlene Butz, 372 Reeders Run Road, Stroudsburg, PA 18360-7798 |
| 5741202 | + | NEPA COMMUNITY FCU, 337 CLAY AVENYE, STROUDSBURG, PA 18360-1288 |
| 5741207 | | UTILITIES EMPLOYEES CREDIT UNION, PO BOX 14864, READING, PA 19612-4864 |
| 5741209 | | YOUNG'S MEDICAL EQUIPMENT, PO BOX 748850, LOS ANGELES, CA 90074-8850 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5741190 | | Email/PDF: bncnotices@becket-lee.com | Oct 21 2025 18:54:33 | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5741192 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 21 2025 18:40:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5741191 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 21 2025 18:41:00 | BANK OF AMERICA, 201 N TRYON ST, NC1-0007-19-26, CHARLOTTE, NC 28202-2146 |
| 5741193 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2025 18:43:25 | CAP1/KOHLS DEPT STORE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5741194 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 21 2025 18:41:00 | CHARTER COMMUNICATIONS, C/O THE CBE GROUP, 1309 TECHNOLOGY PKWY, CEDAR FALLS, IA 50613-6976 |
| 5741195 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 21 2025 18:54:49 | CHASE AUTO, 700 KANSAS LANE-LA4-4025, MONROE, LA 71203-4774 |
| 5741196 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 21 2025 18:40:00 | CITIZENS BANK, 1 CITIZENS DRIVE, RIVERSIDE, RI 02915 |
| 5741197 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 21 2025 18:40:00 | CITIZENS CONSUMER LOAN SERVICING, JCB212, PO BOX 42033, PROVIDENCE, RI 02940-2033 |
| 5741198 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 21 2025 18:41:00 | CONCORA CREDIT, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 5742612 | ^ | MEBN | Oct 21 2025 18:37:31 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 5741200 | | Email/Text: mrdiscen@discover.com | Oct 21 2025 18:40:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5741201 | | Email/Text: bankruptcy@hlv.com | Oct 21 2025 18:40:00 | HELVEY & ASSOCIATES INC, 1015 E CENTER STREET, WARSAW, IN 46580-3420 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5741203 | | Email/PDF: ebnotices@pnmac.com | Oct 21 2025 18:54:49 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5742440 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2025 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5741204 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 21 2025 18:43:07 | SECRETARY OF HOUSING AND, URBAN DEVELOPMENT, 451 SEVENTH STREET SOUTHWEST, WASHINGTON, DC 20410-8000 |
| 5741205 | ^ | MEBN | Oct 21 2025 18:37:49 | ST LUKE'S UNIVERSITY HEALTH NETWORK, PO BOX 604152, CHARLOTTE, NC 28260-4152 |
| 5741618 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 21 2025 18:43:07 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5741206 | + | Email/Text: PDELINQ@sba.gov | Oct 21 2025 18:40:00 | US SMALL BUSINES ADMIN, CESC-COVID EIDL SVC CTR, 14925 KINGSPORT ROAD, FORT WORTH, TX 76155-2243 |
| 5741208 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 21 2025 18:40:00 | VERIZON, PO BOX 660108, DALLAS, TX 75266-0108 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 5741199 | ##+ | DEPT OF HOUSING & URBAN DEVELOPMENT, ATTN: C&L SERVICE / MORRIS-GRIFFLIN, 2488 E 81ST ST STE 700, TULSA, OK 74137-4267 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mary F Kennedy | |

| | |
|---|---|
| | on behalf of Creditor Citizens Bank N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Brock Andrew Butz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Angela Charlene Butz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brock Andrew Butz,
aka Brock A. Butz, aka Brock Butz,

**Debtor 1**

Angela Charlene Butz,
aka Angela C. Butz, aka Angela Butz,

**Debtor 2**

Chapter 13

Case No. 5:25−bk−02574−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 27, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 4, 2025  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Seth F. Eisenberg  Clerk of the Bankruptcy Court:  By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 21, 2025 |

ntcnfhrg (08/21)