Certificate Number: 12433-PAM-DE-040298666

Bankruptcy Case Number: 25-02574



12433-PAM-DE-040298666

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 11, 2025</u>, at <u>11:07</u> o'clock <u>AM EST</u>, <u>Angela Butz</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   November 11, 2025      By:   /s/Lisa Susoev

                                                     Name:   Lisa Susoev

                                                     Title:   Teacher