IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: BROCK ANDREW BUTZ<br>a/k/a BROCK A. BUTZ<br>a/k/a BROCK BUTZ,<br>and ANGELA CHARLENE BUTZ<br>a/k/a ANGELA C. BUTZ<br>a/k/a ANGELA BUTZ,<br><br>Debtors, | : | Chapter 13<br>Case No. 5: 25-bk-02574-MJC |
| CITIZENS BANK, N.A.<br><br>Movant,<br>vs. | : | |
| BROCK ANDREW BUTZ<br>a/k/a BROCK A. BUTZ<br>a/k/a BROCK BUTZ,<br>and ANGELA CHARLENE BUTZ<br>a/k/a ANGELA C. BUTZ<br>a/k/a ANGELA BUTZ,<br>JACK N. ZAHAROPOULOS,<br><br>Respondents, | : | Answer to Motion for Relief |

**ANSWER TO MOTION FOR RELIEF
ON BEHALF OF DEBTOR**

AND NOW comes the Debtors, Brock Andrew Butz and Angela Charlene Butz, by and through their attorneys, Newman Williams, P.C., and answers the Motion for Relief from Automatic Stay by Citizens Bank, N.A., as follows:

1. Admitted.
2. Admitted upon information and belief.
3. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

4. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
5. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.
6. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of Citizens Bank, N.A., for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ George Searfoss, Esq.
George Searfoss, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
gsearfoss@newmanwilliams.com
*Attorney for Debtors*

Date: September 15, 2026